RICHES V. TRAVIA                                                                                                            Doc. 1
LP

EASTERN DISTRICT OF PENNSYLVANIA

FILED
DEC 14 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO: 07-5278

V.

Anthony TRAVIA SR., 3185 South 20th Street
Philadelphia PA., 19145,
Defendants

## Complaint

Real Estate Fraud / Avoiding Taxes / 6th amendment rights violations

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, under 42 USC 1983 and the whistle blowing act. MR. TRAVIA is involved with forgery, he fraudulently signed wills and property ownership from his mother and family members into his name to claim ownership, then he avoids property taxes, a violation of laws. TRAVIA has been giving kick backs to city counselman Dicicco from S. Philadelphia. Anthony TRAVIA also committed perjury and lied on his brother Joseph. Joseph is a good fearing Catholic and made a mistake. Anthony TRAVIA continues to harass me and send me threatening letters, telling me he is going to put cement on my shoes and dump me in the Delaware River. TRAVIA has ties with Motorcycle gang leader Mudman Simon. Defendant drives without wearing a seatbelt. Defendant shoplifts at the King of Prussia mall. I move for the harassment to stop, Defendant told me he is going to send his Polish friends after me at FCI Williamsburg. I seek a restraining order and $10 million dollars.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches ©

Dockets.Justia.com